**Order entered December 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01209-CV

**E.F. JOHNSON COMPANY, Appellant**

**V.**

**INFINITY GLOBAL TECHNOLOGY F/K/A INFINITY GEAR AND TECHNOLOGY, LLC, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14303-D**

## ORDER

We **GRANT** appellant/cross-appellee and appellee/cross-appellant's December 11, 2014, joint motion to extend time to file briefs and **ORDER** the briefs be filed no later than January 14, 2015.

/s/    CRAIG STODDART
       JUSTICE